IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARLENE LOGAN,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 3:16-cv-480

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. 18); AND (2) AWARDING PLAINTIFF $5,000.00 IN EAJA FEES AND COSTS**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,000.00. Doc. 18. Based upon the parties' stipulation in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' joint stipulation (doc. 18); and (2) **GRANTS** Plaintiff EAJA fees and costs in the amount of $5,000.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

**IT IS SO ORDERED.**

Date: 5-18-18

Walter H. Rice
United States District Judge